```
Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
BAV MEDIA
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BAV MEDIA, | Case No. 2:26-cv-00761 |
|---|---|
| *Plaintiff*, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| THE WRAP NEWS, INC., | |
| *Defendant.* | *Jury Trial Demanded* |

Plaintiff Bav Media, for its Complaint against defendant The Wrap News, Inc. ("TheWrap"), alleges as follows:

## JURISDICTION

1.   This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq. This Court therefore has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question) and § 1338 (copyright).

## PARTIES

2.   Plaintiff Bav Media is an unregistered association existing under the laws of the country of the United Kingdom with its principal place of business in London, England.

3.   Bav Media is news agency that provides newspapers and other news outlets with real-time content, including articles and photographs, on a diverse range of subjects including celebrities, music, sports, fashion, and royalty.

4. On information and belief, defendant TheWrap is an American media organization and an independently owned Hollywood trade that describes itself as "the leading, authoritative digital news organization covering the business of entertainment and media." TheWrap publishes content on entertainment news and analysis, investigative reporting, awards coverage, and in-depth features.

5. On information and belief, TheWrap is a California corporation with its principal place of business in Los Angeles, in this State and judicial district.

6. On information and belief, TheWrap owns and operates the @TheWrap account on the social media platform *X*, formerly known as Twitter, publicly available at https://x.com/TheWrap, or is responsible for the content posted to that account.

7. This Court has personal jurisdiction over TheWrap because it is organized under the laws of the State of California and has its principal place of business in Los Angeles, California, in this judicial district.

8. Venue in this judicial district is proper under 28 U.S.C. § 1400(a).

## BACKGROUND FACTS

9. Bav Media is the owner and copyright holder of one photographic image (the "Image") depicting actress Ariana Grande on the set of the popular film *Wicked*. The Image was registered with the United States Copyright Office as Registration No. VA 2-422-302 (eff. Oct. 25, 2024).

10. Bav Media never licensed the Image to TheWrap. Nevertheless, TheWrap used the Image without authorization or permission to do so, and without paying a license fee.

11. Specifically, on or about April 19, 2023, TheWrap or someone acting on its behalf copied the Image, stored the Image on servers or computers, and displayed the Image on its social medical account @thewrap on *X*.

12. The Image is creative, distinctive, and—as evidenced by TheWrap's use and misappropriation of it—valuable. Because of the Images' quality, visual appeal,

and celebrity subject matter, plaintiff earned significant revenue from licensing it and stood to gain more revenue from licensing.

13. In fact, the Image was marketed and licensed as "Premium Exclusive" photograph. "Premium Exclusive" photographs are likely to be extremely popular and in high demand because they depict top celebrities or highly newsworthy situations, or because they are available only from a single photo agency (directly or through agents), or both. Premium Exclusive photographs are more valuable and are licensed for a higher fee, sometimes significantly higher.

14. In addition to being Premium Exclusive, the Image was part of a set that included the first photographs of the *Wicked* set. Bav Media therefore obtained significant fees from licensing it.

15. Defendant's unauthorized use of the Image harmed the existing and future market for it. Defendant's *X* post made the Image immediately available to its followers and to the public, including consumers of entertainment and fashion news—and especially news and images of the celebrity subject of the Image—who would otherwise be interested in viewing licensed versions of the Image in the magazines, newspapers, and online publications that are plaintiff's customers. In addition, defendant posted the Image to *X* around the same time that Bav Media initially published it for licensing to customers—a critical time during which Bav Media's licensing activity is typically most robust.

16. In addition, defendant's unauthorized use of the Image is commercial in nature. TheWrap uses its *X* account for the purposes of promotion—specifically, to promote brand awareness of its business interests and to attract and drive users to its website where it derives revenue from advertisements. In fact, the profile page of TheWrap's *X* account directs viewers to its website, thewrap.com, which requires a paid subscription to view full content.

17. Indeed, defendant specifically posted the Image on *X* to attract visitors to its website, as the post included a hyperlink to a page of defendant's website at

thewrap.com. On information and belief, defendant knew that because of the Image's depiction of a popular celebrity and a highly anticipated film, *X* users would be motivated to visit its website and become paid subscribers.

18. As a media company, TheWrap operates in an industry in which copyrights are prevalent and well-understood. Based on that knowledge, defendant was aware of the importance of copyright protection and knew that it needed to have but did not have permission to use the Image, or it acted recklessly by posting the Image without determining the right to do so.

## CLAIM ONE

## (For Copyright Infringement, 17 U.S.C. § 501)

19. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

20. Plaintiff is the copyright owner of the protected Image named above in this Complaint.

21. Defendant has reproduced, displayed, or otherwise copied the Image without plaintiff's authorization or license.

22. The foregoing acts of defendant infringed upon the exclusive rights granted to copyright owners under 17 U.S.C. § 106 to display, reproduce, create derivative works, and distribute its work to the public. Such actions and conduct constitute copyright infringement in violation of 17 U.S.C. §§ 501 et seq.

23. Plaintiff has complied in all respects with 17 U.S.C §§ 101 et seq. and secured and registered the exclusive rights and privileges in and to the copyrights of the above-referenced work in accordance with 17 U.S.C § 408.

24. Plaintiff suffered damages as a result of defendant's unauthorized use of the Image.

25. Plaintiff is entitled to recovery of its actual damages and defendant's profits attributable to the infringement of the Image, under 17 U.S.C. § 504(b).

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff requests the following:

    A.    For a preliminary and permanent injunction against defendant and anyone working in concert with her from further copying or displaying the Image;

    B.    For an order requiring defendant to account to plaintiff for its profits and any damages sustained by plaintiff arising from the acts of infringement;

    C.    As permitted under 17 U.S.C. § 503, for impoundment of all copies of the Images used in violation of plaintiff's copyrights—including digital copies or any other means by which they could be used again by defendants without plaintiff's authorization—as well as all related records and documents;

    D.    For actual damages and all profits derived from the unauthorized use of the Images;

    E.    For an award of pre- and post-judgment interest as allowed by law;

    F.    For court costs and any other costs authorized under law;

    G.    For such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury of all issues permitted by law.

Dated: January 26, 2026         Respectfully submitted,

                                **PERKOWSKI LEGAL, PC**

                                By:    /s/ Peter Perkowski
                                       Peter E. Perkowski

                                       Attorneys for Plaintiff
                                       BAV MEDIA